IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF TWO CELLULAR PHONES: 1) APPLE IPHONE: MODEL A1660 FCC ID: BCG-E3O85A IC: 579C-E3O85A; AND 2) APPLE IPHONE: MODEL UNABLE TO BE IDENTIFIED, BLACK IN COLOR, CRACKED GLASS ON FRONT AND BACK | 8:21MJ472<br><br>ORDER |

IT IS ORDERED:

The government's Motion to Unseal the above-captioned matter is granted.

Dated this 28th day of December, 2021.

_____
MICHAEL D. NELSON
United States Magistrate Judge

1